AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

VIOLATION: Title 18, United States Code Section 113(a)(6) -- Assault Resulting in Serious Bodily Injury

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
10 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

E-filing

### DEFENDANT - U.S.
▶ HAKEEM A. PERRY

**DISTRICT COURT NUMBER**
CR 07 0739 CRB

### PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**
United States Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3-07-70673 BZ

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ 11/7/2007  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____  Month/Day/Year

**Name and Office of Person Furnishing Information on THIS FORM**   SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**   WENDY THOMAS

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

HAKEEM A. PERRY

CR 07 0739

DEFENDANT.

---

## INDICTMENT

Title 18, United States Code Section 113(a)(6) - -
Assault Resulting in Serious Bodily Injury

---

A true bill.

_____
Foreman

Filed in open court this _____ day of
11/20/2007

_____
Clerk

Bail. $ No process

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
NOV 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07 0739

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: |
| Plaintiff, ) | VIOLATION: Title 18, United States Code Section 113(a)(6) -- Assault Resulting in Serious Bodily Injury |
| v. ) | |
| HAKEEM A. PERRY, ) | |
| Defendant. ) | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

On or about November 7, 2007, in the Northern District of California, while within the special maritime and territorial jurisdiction of the United States, namely land under the exclusive jurisdiction of the United States and administered by the Presidio Trust, the defendant,

HAKEEM A. PERRY,

//
//
//
//

INDICTMENT

1  did assault victim E. A., resulting in serious bodily injury, in violation of Title 18, United States
2  Code, Section 113(a)(6).

3  DATED:
4  11/20/07

A TRUE BILL.

FOREPERSON

6
7  SCOTT N. SCHOOLS
   United States Attorney

9  BRIAN J. STRETCH
10 Chief, Criminal Division

12 (Approved as to form: _____
13 Wendy Thomas
   Special Assistant United States Attorney

INDICTMENT                              2