| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER** <br> Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **December 5, 2007**

Reporter: **James Yeomans**

| | |
|---|---|
| **Case No:** CR-07-0739-CRB | **DEFT:** HAKEEM PERRY <br> (X)Present |
| AUSA: Wendy Thomas | DEF ATTY: Ron Tyler |

**REASON FOR HEARING** Status Conference

**RESULT** Held, matter continued. Time excluded from 12/5/07 to 1/16/2008

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** January 16, 2008 @ 2;15 p.m.   **for** Status Conference

**JUDGMENT**

Notes:   Defendant remanded to custody