| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

<u>**CRIMINAL PRETRIAL MINUTES**</u>

Date: **January 16, 2008**

Reporter**: Kelly Bryce**

| | |
|---|---|
| **Case No:** CR-07-0739-CRB | **DEFT:** HAKEEM PERRY<br>(X)Present |
| AUSA:  Wendy Thomas | DEF ATTY: Ron Tyler |

**REASON FOR HEARING**     Status Conference

**RESULT**    Held, matter set for open change of plea

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** January 23, 2008 @ 2:15 p.m.   **for** Change of Plea

**JUDGMENT**

Notes:   Defendant remanded to custody