| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **January 23, 2008**

Reporter: **Belle Ball**

Case No: **CR-07-0739-CRB**     DEFT: **HAKEEM PERRY**
(X)Present

AUSA: Wendy Thomas     DEF ATTY: Ron Tyler

**FILED**

JAN 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**REASON FOR HEARING**   Change of Plea

**RESULT**  Defendant placed under oath; enters a plea of guilty. The Court accepts his plea and the defendant is adjudged guilty.

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** April 16, 2008 @ 2:15 p.m.   **for** Judgment and Sentencing

**JUDGMENT**_____

Notes: defendant remanded to custody