1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone:  (415) 436-7700
5

6  Counsel for Defendant PERRY

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        )    No. CR 07-00739 CRB
                                     )
13                 Plaintiff,        )    **STIPULATION TO CONTINUE**
                                     )    **HEARING; [PROPOSED] ORDER**
14         v.                        )
                                     )
    HAKEEM A. PERRY,                 )
15                                   )
                   Defendant.        )
16  _____)

17

18         Defendant and the government, through their respective counsel, hereby stipulate that,

19  subject to the court's approval, the sentence hearing in the above-captioned matter, presently

20  scheduled for April 16, 2008, be continued to May 21, 2008, at 2:15 p.m.  The reason for the

21  continuance is that more time is needed for a psychological evaluation, including acquisition and

22  review of mental health records.

23  //

24  //

25  //

26  //

STIPULATION AND [PROPOSED] TO
CONTINUE HEARING *U.S. v. Hakeem Perry*
*No. CR 07-00739 CRB*          1

1    All parties are available on the requested date.

2    IT IS SO STIPULATED.

3

4    Dated:    March 5, 2008                    ___/s/_____

5                                              RONALD C. TYLER
                                               Assistant Federal Public Defender

6    Dated:    March 6, 2008                    ___/s/_____

7                                              WENDY M. THOMAS
                                               Assistant United States Attorney

8

9                              **[PROPOSED] ORDER**

10           GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the

11   aforementioned matter currently set for April 16, 2008 shall be continued to May 21, 2008, at

12   2:15 p.m.

13   **IT IS SO ORDERED**.

14

15   Dated:_____          _____

16                                          HONORABLE CHARLES R. BREYER
                                            UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26