BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00739 CRB |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **HEARING; [PROPOSED] ORDER** |
| v. ) | |
| ) | |
| HAKEEM A. PERRY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentence hearing in the above-captioned matter, presently scheduled for April 16, 2008, be continued to May 21, 2008, at 2:15 p.m.  The reason for the continuance is that more time is needed for a psychological evaluation, including acquisition and review of mental health records.

//

//

//

//

STIPULATION AND [PROPOSED] TO
CONTINUE HEARING *U.S. v. Hakeem Perry*
*No. CR 07-00739 CRB*              1

All parties are available on the requested date.

IT IS SO STIPULATED.

Dated:   March 5, 2008           ___/s/_____
                                 RONALD C. TYLER
                                 Assistant Federal Public Defender

Dated:   March 6, 2008           ___/s/_____
                                 WENDY M. THOMAS
                                 Assistant United States Attorney

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for April 16, 2008 shall be continued to May 21, 2008, at 2:15 p.m.

**IT IS SO ORDERED**.

Dated:_ March 7, 2008 _____          _____
                                         HONORABLE CHARLES R. BREYER
                                         UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*