BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00739 CRB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE HEARING** |
| v. ) | |
| ) | |
| HAKEEM A. PERRY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentence hearing in the above-captioned matter, presently scheduled for Wednesday, May 21, 2008, be continued to July 9, 2008, at 2:15 p.m.  Defense counsel needs additional time to prepare for Mr. Perry's sentencing.

    All parties are available on the requested date.

//

//

//

//

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING *U.S. v. Hakeem Perry*
*No. CR 07-00739 CRB*             1

IT IS SO STIPULATED:

Dated:   May 8, 2008                    ___/s/_____
                                         RONALD C. TYLER
                                         Assistant Federal Public Defender

Dated:   May 8, 2008                    ___/s/_____
                                         WENDY M. THOMAS
                                         Special Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for May 21, 2008 shall be continued to July 9, 2008, at 2:15 p.m.

**IT IS SO ORDERED**.

Dated:_____          _____
                                        HONORABLE CHARLES R. BREYER
                                        UNITED STATES DISTRICT COURT JUDGE