1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone:  (415) 436-7700

5

6  Counsel for Defendant PERRY

7

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

UNITED STATES OF AMERICA,          )    No. CR 07-00739 CRB
12                                 )
              Plaintiff,           )    **STIPULATION AND [PROPOSED]**
13                                 )    **ORDER TO CONTINUE HEARING**
       v.                          )
14                                 )
HAKEEM A. PERRY,                   )
15                                 )
              Defendant.           )
16  _____ )

17

18      Defendant and the government, through their respective counsel, hereby stipulate that,

19  subject to the court's approval, the sentence hearing in the above-captioned matter, presently

    scheduled for Wednesday, May 21, 2008, be continued to July 9, 2008, at 2:15 p.m.  Defense
20
    counsel needs additional time to prepare for Mr. Perry's sentencing.
21
         All parties are available on the requested date.
22
    //
23
    //
24
    //
25
    //
26

*STIPULATION AND [PROPOSED] ORDER TO*
*CONTINUE HEARING U.S. v. Hakeem Perry*
*No. CR 07-00739 CRB*          1

1    IT IS SO STIPULATED:

2

Dated:    May 8, 2008                    ___/s/_____

3                                        RONALD C. TYLER
                                         Assistant Federal Public Defender

4

Dated:    May 8, 2008                    ___/s/_____

5                                        WENDY M. THOMAS
                                         Special Assistant United States Attorney

6

7

                              **[PROPOSED] ORDER**

8

        GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the

9

aforementioned matter currently set for May 21, 2008 shall be continued to July 9, 2008, at

10

2:15 p.m.

11

        **IT IS SO ORDERED**.

12

13

14   Dated:__May 8, 2008_____          _____
                                            HONORABLE CHARLES R. BREYER
15                                          UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26