**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00739 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| HAKEEM PERRY, | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on sentencing currently on calendar for July 9, 2008 to Wednesday**, August 6, 2008 at 10:00 a.m.** before the Honorable Charles R. Breyer. No continuances will be granted.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: June 23, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy