BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              )<br>        Plaintiff, )<br>              )<br>              )<br>    v.      )<br>              )<br>              )<br>HAKEEM PERRY, )<br>              )<br>        Defendant. )<br>_____ ) | No. CR 07-0739 CRB<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

I, Ronald Tyler, state as follows:

1. I am the attorney of record for Hakeem Perry.

2. I submit this declaration to authenticate documents that I received during sentencing mitigation investigation in this matter, as well as for the Court's convenience, so all supporting documentation is submitted together in a single document.

3. Attached hereto as Exhibit A is a true and correct copy of the Confidential Report of Psychological Evaluation of Jeremy Coles, Ph.D., completed on May 28, 2008.

4. Attached hereto as Exhibit B is a true and correct copy of the Alameda County Medical Center, John George Pavilion Progress Report dated October 21, 2007.

5. Attached hereto as Exhibit C is a true and correct copy of the Alameda County Medical Center, John George Pavilion Discharge Report dated October 24, 2007.

6. Attached hereto as Exhibit D are true and correct copies of family support letters from Hakeem Perry's mother, grandmother, grandfather and aunt.

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed and dated on the 1st of August, 2008, in San Francisco, California.

    /s/_____
RONALD C. TYLER
Assistant Federal Public Defender

DEC. OF RONALD TYLER
No CR 07-0739 CRB                - 2 -