<u>Exhibit B</u>

**ALAMEDA COUNTY MEDICAL CENTER**
Highland Campus • Fairmont Campus
John George Psychiatric Pavilion • Ambulatory Healthcare Services

## PROGRESS RECORD

Progress note should be of sufficient frequency and detail to give an accurate description of the course of illness and treatment.

Each note should be dated and signed.

PATIENT ACCOUNT NO:
MEDICAL RECORD NO:
PATIENT NAME: AKA
DATE OF BIRTH:
UNIT:

| Date/Time: 10/31/07 | Daily Psychiatric Progress Note | PERRY, HAKEEM |

14:10 **INTERVAL HISTORY** (including Chief Complaint, symptoms, updated HPI, ROS, PH, FH, SH)

Per nursing, pt has been cooperative + med compliant. Pt reports that he is doing well. Slept ~8hrs last night. Energy level is good. Appetite is good. Denies any side effects from meds.

**EXAMINATION** (including Mental Status Examination, vital signs, physical findings)

Calm, cooperative
Speech is regular, EC is good,
Mood "Good" Affect is euthymic
TP is linear
TC: Denies SI/HI/AH/VH
Cog: A+O x 3

**ASSESSMENT** (including patient's response to treatment interventions, progress towards treatment goals, laboratory results)

Schizophrenia, paranoid-type per hx

Showing improvement

Cont inpt stay for now given recent
assault w/assault prior to admission

Risk Assessment/Level of Observation: Risk: ☒Assault ☐Suicide ☐Disorganized Behavior ☐Other____
☐Standard Risk - q30' checks ☒Increased Risk - q15' checks ☐High Risk - Line of Sight ☐Imminent Risk - 1:1
Rational for Risk/Observation Level: Recent assault prior to admission

**PLAN** (including changes in diagnosis and/or treatment, need for continued inpatient stay, and discharge planning)

Continue Zyprexa @ 15mg bid
Extend hold to 5250
Notify police prior to discharge

MEDICATIONS:

Signature:

300-MC-02
Rev. 03/00