<u>Exhibit C</u>

ALAMEDA COUNTY MEDICAL CENTER          NAME:    PERRY , HAKEEM

John George Psychiatric
2060 Fairmont Drive                    MR#:     0000000016106312
San Leandro , CA 94578

                                       DOB:     05/25/1985

## DISCHARGE SUMMARY

**UNIT:**
D.

**INTENT OF SERVICE AT ADMISSION:**
Treatment/improvement.

**GAF SCALE:**
GAF on admission was 20. Past year GAF of 35.

**ADMISSION DATE:**
October 19, 2007

**DISCHARGE DATE:**
October 22, 2007

**HOSPITAL DAYS:**
Three.

**DISCHARGE ADDRESS:**
To Santa Rita Jail, 5325 Broder Avenue, Dublin, California.

**DISCHARGE LEGAL STATUS:**
5250 to voluntary/police custody.

**DISCHARGE TELEPHONE NUMBER:**
925-803-7221.

**DISCHARGE MULTIAXIAL DIAGNOSIS(ES):**
AXIS I:    Schizophrenia, paranoid type.
AXIS II:   Deferred.
AXIS III:  None acute.
AXIS IV:   Problems with primary support, economics, housing, and legal.
AXIS V:    Discharge global assessment of functioning of 30.

**MEDICATIONS AT DISCHARGE:**
No medications were given upon discharge as the next facility can prescribe medications. The patient was given Zyprexa 15 mg 1 p.o. b.i.d. while hospitalized.

**MEDICAL PROBLEMS, LABORATORY AND X-RAY RESULTS:**
Pertinent labs: CBC, Chem-18 within normal limits. Urine toxicology was negative.

ALAMEDA COUNTY MEDICAL CENTER

John George Psychiatric
2060 Fairmont Drive
San Leandro, CA 94578

NAME:  PERRY, HAKEEM

MR#:   0000000016106312

DOB:   05/25/1985

## DISCHARGE SUMMARY

**CLINICIAN SUMMARY/REASON FOR ADMISSION:**
Patient is a 22-year-old African-American male with a history of psychosis. Patient was brought in by police for assaulting someone at the BART station unprovoked. He presents as a poor historian, claiming he was at Fremont Hospital at admission, and he wants to go back. He laughs inappropriately within conversation. He states he is hearing voices, and he denies any street drug use.

**INITIAL MENTAL STATUS EXAMINATION:**
In the PES he was casually dressed with clear speech and fair eye contact. Behavior was guarded. Mood was anxious and restricted. Perception was internally preoccupied, loose, disorganized. Paranoid with persecutory ideation and suspicious. Suicidal and homicidal ideation denies but is unable to explain his assaultive behaviors at BART. Judgment and insight was poor.

**PAST PSYCHIATRIC HISTORY:**
Patient was in John George ER January of 2006 and March of 2007. He was then admitted and transferred to Fremont Hospital, and he received Zyprexa and Remeron at the PES.

**INPATIENT COURSE OF TREATMENT:**
Patient was given Zyprexa 15 mg twice a day on the inpatient unit, which helped him sleep and eat appropriately. He had no violent behaviors on the unit and was directable by staff.

**FINAL MENTAL STATUS EXAMINATION:**
I saw the patient on the date of discharge. He was clean and in gown. Normal kinetic. Mood was good. Affect was restricted but not depressed. Thought process was linear. Thought content no overt delusions but again had no explanation why he assaulted someone at BART except to say those things happen when he is not on his medications. Suicidal or homicidal ideations denies. Auditory and visual hallucinations denies. Judgment and insight fair.

**DISCHARGE RATIONALE:**
The patient no longer displaying the symptoms on admission. He has not attacked anyone, provoked or unprovoked, on the unit. He is medication compliant and wants to be discharged. He states he has been at jail before, has not been a suicide risk in the past. He wants to serve his time now to get it over with, and then he can get on with his life.

**ALAMEDA COUNTY MEDICAL CENTER**

John George Psychiatric
2060 Fairmont Drive
San Leandro, CA 94578

NAME:   PERRY, HAKEEM

MR#:    0000000016106312

DOB:    05/25/1985

### DISCHARGE SUMMARY

**AFTER CARE PLAN/PLACEMENT:**
A. Placement: See address above.
B. Outpatient referral: To be set up by Santa Rita Jail.


Electronically Signed 10/24/2007 12:47:20 PM by Edward Lim

_____

Edward Lim, MD


E L:EDiX14034
D:10/22/2007 @16:25 T:10/24/2007@06:41 DOCUMENT:200710222367999200