<u>Exhibit D</u>

Dear Judge Charles Breyer                                                   7/31/08

I am writing this letter to beg the court to do something to get my son Hakeem Perry the help he needs. Hakeem has been through a lot his 24 years of life. At the age of nine he was present in the room when my oldest son Jamaal who was also Hakeem's best friend accidentally hung himself with a belt. Hakeem at the age of nine tried to save his brother to no avail. He then feel to his knees and asked God not to let him die. But Medical professionals were unable to revive him. We sought counseling for Hakeem he would not talk about what happened to his brother in those sessions so we were eventually told by the counselor who I now know must have been sorely inexperienced that there was no need for him to continue the sessions if he was not going to talk about what happened. He seemed ok until he turned fourteen being single women raising my son there were some things that I just could not get him to understand the importance of. I really didn't get a lot of assistance for the males in my family raising him so he eventually went to live with his father in New Jersey. I believe that we all were still grieving the loss of Jamaal and really did not know how to help one another and Hakeem has had to suffer for that.

     In the last five years I watched my son's mental health deteriorate from someone who loved his family and respected his elders to someone who think only of himself and has no regard for any of the very people who have always done whatever they could to help to grow into to a responsible productive member of society. My family did everything we could to try to get  to graduate from high school when he tricked and lied his way out of that. We then tried to get him to go back to school or get a trade that would afford him the skills to be able to take care of him self walking him through every step. Each time he would get to the final step and quit. He's gotten fired form jobs because of his foul attitude but accord to him it's always someone else fault. I have observed Hakeem as he stood toe to toe with gun toting drug dealer crying and challenging him (the drug dealer) to shoot him and take him out of his misery. When he saw me he stopped crying and acted like nothing was going on when I asked him why he was doing what he was doing he acted like he didn't know what I was talking about. I got a call from my niece saying that he was back on the block acting crazy again and this time we convinced he to check himself in to John George Hospital he stayed for as long as they could hold him, we made arrangements for him to go to a program that would afford him counseling service so he could get some help he refused. He will not get help unless he is forced because he doesn't seem to realize that there is something wrong with him.

I have had to get a restraining order placed against my son because he dose not understand that it is not alright for him to beat up on his seven year old brother who loves and worship the very ground he walks on. He was disrespect to his get grandmother who has Alzheimer's because he say's he is faking. He really is living in some sort of delusion as to what is real and what is not.

**I am begging you to help my son before he ends up dead or in prison for the rest of his life. He has the potential to be a productive member of society he just needs to deal with demons that are haunting him.**

Because Hakeem is an adult we have no control over the disposition of his well being, we could see after knowing Hakeem all of his life that there is something seriously work with his mental state. We tried to let the Judge in the Hakeem's previous case know that he really need's to be some where he can get some real solid counseling and some sort of successful maintenance treatments that will restore Hakeem to his right frame of mind.

I really think that Hakeem needs to be in some type of secured facility where he can be treated for what he told me himself is a bipolar disorder. When I visited Hakeem while he was a patient at John George Recovery Center of Oakland California I was told by the medical professionals in that facility that Hakeem was suffering from drug induced schizophrenia coupled with bio polar disorder. With this information I pray that there is some kind of way to get Hakeem the help he needs because to just incarcerate him with out any viable solution to his mental help issues will more then likely be the cause of someone burring a loved one for some senseless reason.

Please not just turn my son out into the streets without any help to become another dead statistic. He needs help. Please help my son.


Thank you for your time and consideration,

Keeley Williams
 Mother of Hakeem Perry

To Judge Charles Beryer,					August 1, 2008

    I am the aunt of Hakeem Perry, at the present time Hakeem is incarcerated at the Santa Rita Correctional Facility here in California for the assault of a Muni driver in San Francisco California. I am writing this letter to appeal to you to help our family help Hakeem receive much need help in dealing with what maybe Post traumatic stress syndrome from deal with the death of his older brother Jamaal who died practically in his arm's while Hakeem was only nine years old.

    You see Sir at the age of nine he witnessed his older brother's accidental death. Hakeem has never received any psychiatric help to deal with the death of his older brother. I believe this has had a detrimental effect to his erratic behavior that has only gotten worse. I have witnessed him hold a conversation with himself when he is in a room of family members.

    I am very concerned my nephew may become a statistic. He did not complete high school, but I observed him read books like Rich Dad, Poor Dad while keeping notes on the book. Hakeem has always been a very intelligent young man. However after the loss of his older brother Jamaal Perry who he idolized I feel he has lost his way and does not know where to go to get the help he needs.

    Please Judge Breyer, please, do not allow my nephew Hakeem Perry to become another statistic. I would hate to see my sister lose another son and for my family to lose another young member. Please order him to receive mental and substance abuse treatment, as well as some sort of schooling or job training program. Please, help my family help him become a productive citizen in this country.  He really needs guidance. He has been through a so much for a young man.

                                                Sincerely,

                                               Lea Janay Williams-Pinkston
                                               415-517-7859

Dear Judge Charles Breyer

07/29/08

My name is Cynthia Persley; I am Hakeem Perry's Grandmother. I am writing this letter to hopefully give you more insight into the seriousness of Hakeem's case, and to let you know he is loved and worth the effort to try and save.

Hakeem came to live with us for a short time, supposedly. He stayed with us for almost a year. During that time his entire day consisted of eating, sitting in front of the television with it very loud until all hours of the night and sleeping. He had no drive to do anything, he would not clean up after himself, he had to be asked to do everything and he always had a terrible attitude and half did what ever he was asked to do. He did not make up his bed when he slept in it most of the time he slept on the couch. It was hard to get him just to help around the house. We tried to get him to go back to school or at least get his GED. When that did not prove to be a consideration, my husband and I tried to get him to get a job. The only jobs he seemed to get were Burger King or Day work. The burger King job he lost or quite, the day work jobs he would work at, but he would not get up early and go get them. We, my husband and I thought it would maybe get him on the right track if we helped him to get a good job. So I tried to get him into Seaman school and had completed everything he needed to get in, except for his passport and plane ticket. And he accused me of trying to get rid him. So my husband took him to the Drywall union and got him an apprenticeship. This was what he said he wanted to do. All he had to do was get up early, work, and learn. He just would not do it. At that point, my husband and I felt we were doing him no good. So we asked him to leave. That's when he informed us that we were family and we had to take care of him. His Grandfather told him that when you act like a grown man, you work like one and take care of yourself. And he threatens my husband and had to go.

When Hakeem would work, He would buy weed and smoke in the backyard. He started to carry on full conversations with himself. I would be in the kitchen cooking or washing dishes, and he would come in and get a glass of water or something. And he would say as he passed by or left the room. "I heard what you were saying about me," mumbling the whole way. If I said what did you say, he would say, you heard me. You know you were talking about me.

I have watched him when he is interested in a subject such as stocks. I saw him read and take notes. And then carry on an intelligent conversation about what he had read. He is a very bright young man. But he is also very scared and confused.

We love him, but things cannot go on this way. He needs help and we are stumped. Please have compassion and help him and us.

Thank you

Cynthia Persley

**The Honorable Charles Breyer**
United States District Court
450 Golden Gate Ave
San Francisco, CA. 94102

**Your Honor**

This letter is written, to respectfully request that you give serious consideration to helping my grandson Hakeem Thurlo Perry, during this the sentencing Trial Phase. Hakeem has been troubled, since the age of 9 years old, when he lost his older Brother Jamal Perry. Although Jamal's death was ruled to be an accident, and not a Suicide, Hakeen has never completely adjusted to the loss of his older Brother.

During the first days of 2006, several members of my family, along with friends and neighbors from Fifteenth St., in West Oakland, worked from 11pm to 3 am in the morning in an intervention effort to convince my grandson, Hakeem to check himself into the John George Mental Health Clinic because his behavior at that time appeared to be harmful to himself. Although he was admitted on the morning of January 3rd, 2006, he was eventually discharged after a week of combative behavior on the January 9, 2006.

Over the years that have passed, Hakeem has experienced difficulty in being able to fully realize his true, full positive potential. On any number of occasions he has managed to **Punch** himself out of several very positive opportunities, situations, and circumstances.

As his Grandfather, I view this as a critical juncture in my grandson's life and development. He could go on from this point to become a professional criminal, or with the proper type of treatment and help, might possibly experience a life altering

epiphany and become someone who might well make a valuable contribution of some sort, in some way.

Unfortunately during the course of this past year, my grandson appears to have not reached a state of mind or being that will allow him the awareness to understand that now is the time for him to commit to acknowledging that he seriously needs help. Lacking this awareness on his part, it is the collective hope of my self and our family, that you as the presiding Judge, exercise the Wisdom of Solomon, and provide the mental health component that he so desperately needs. Given the proper help, he might just avoid becoming a professional penal institutional prodigy or worse yet an anonymous statistic in some crime centric Data Base.

**Thanking You For Your Consideration**

**Anthony Owens-Williams**