| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

<u>**CRIMINAL PRETRIAL MINUTES**</u>

Date: <u>**August 06, 2008**</u>

Reporter**:** <u> Lydia Zinn   </u>

**Case No:** <u>CR-07-0739-CRB  </u>         **DEFT:**  <u> HAKEEM PERRY       </u>
                                             (X)Present

AUSA:  <u> Wendy Thomas  </u>        DEF ATTY:  <u> Ron Tyler      </u>
Interpreter:  _____
USPO:  <u> Christina Carruba   </u>

**REASON FOR HEARING**  <u> Judgment and Sentencing                                    </u>

**RESULT**  <u> The Court deletes paragraph 23 from the PSR and strikes the enhancement.  Counsel and probation department to meet and confer re imposition of sentencing.  The Court continues the sentencing hearing.                                                                                   </u>

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____  otherwise, they will be deemed to be waived.

**Case Continued to** <u>August 27, 2008 @ 2:15 p.m.</u>  **for** <u>  Sentencing   </u>

**JUDGMENT**_____

Notes:  <u>  defendant remanded to custody                                                        </u>