**United States District Court**
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

UNITED STATES OF AMERICA,

10

       Plaintiff,

11

  v.

12

HAKEEM A. PERRY,

13

       Defendant.

14 _____/

No. CR-07-0739 -CRB

**SEALING ORDER PURSUANT TO GENERAL ORDER 54**

15
16
17

    The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

18

☒    Presentence Report

19

☐    Plea Agreement

20

☐    Statement of Reasons

21

☐    _____

22

    (Other)

23

**IT IS SO ORDERED.**

24
25

Dated:  August 28, 2008

26

_____
Charles R. Breyer
UNITED STATES DISTRICT JUDGE

27
28