UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE CHARLES R. BREYER
Courtroom Clerk: **Barbara Espinoza**

<u>**CRIMINAL PRETRIAL MINUTES**</u>

Date: **August 27, 2008**

Reporter: **Kelly Bryce**

Case No: CR-07-0739-CRB

DEFT: HAKEEM PERRY
(X)Present

**FILED**

AUG 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AUSA: Wendy Thomas
Interpreter: _____
USPO: Joshua Sparks

DEF ATTY: Ron Tyler

**REASON FOR HEARING** Judgment and Sentencing

**RESULT** The Court sentences the defendant and recommends the defendant be placed in a Case Level III BOP facility preferably in Terminal Island. The Court orders that exhibits A, B, C and D of the defendant's sentencing memorandum be attached to the Pre Sentence Report and forwarded to the Bureau of Prisons. It is further ordered that the Probation Officer present a post-incarceration plan of treatment to the Court.

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** _____ **for** _____

**JUDGMENT** twenty-seven months upon release to three (3) years supervised release under the terms and conditions set forthwith. Assessment fee: $100. due immediately. Fine: waived.

Notes: defendant remanded to custody.